1  BRUCE A. HARLAND
   XOCHITL A. LOPEZ
2  WEINBERG, ROGER & ROSENFELD
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501
   Telephone:    (510) 337-1001
4  Facsimile:    (510) 337-1023

5  Defendant,
   SERVICE EMPLOYEES INTERNATIONAL UNION --
6  UNITED HEALTHCARE WORKERS WEST (SEIU-UHW)

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

| 11 | ARTHUR GUTIERREZ, | Case No. 2:17-cv-00897-MCE-GGH |
|---|---|---|
| 12 | Plaintiff, | **ORDER GRANTING WITHDRAWAL OF MOTION TO DISMISS COMPLAINT [ECF NO. 6] AND VACATING JUNE 29, 2017 MOTION HEARING** |
| 13 | v. | |
| 14 | KAISER PERMANENTE, a California Corporation; SERVICE EMPLOYEES INTERNATIONAL UNION -- UNITED HEALTHCARE WORKERS WEST (SEIU-UHW), a California Union; and DOES 1-50, inclusive, | Hon. Morrison C. England, Jr. |
| 17 | Defendants. | |

19     Pursuant to Defendant SEIU-UHW's request to withdraw its Motion to Dismiss

20  Complaint [ECF No. 6], said motion is withdrawn and the June 29, 2017 hearing on motion is

21  vacated.

22     IT IS SO ORDERED.

23  Dated:  June 29, 2017

                                            _____
25                                          MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE