THOMAS FREEMAN, Cal. Bar No. 109309
PAIGE N. PEMBROOK, Cal. Bar No. 305610
MARION'S INN LLP
1611 Telegraph Ave., Suite 707
Oakland, CA 94612
Telephone:    (510) 451-6770
Email: pnp@marionsinn.com

Attorneys for Defendants,
Kaiser Foundation Hospitals, Inc.
Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GUTIERREZ,<br><br>        Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al. ,<br><br>        Defendants. | Case No. 2:17-cv-00897-MCE-GGH<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS KAISER FOUNDATION HOSPITALS AND KAISER FOUNDATION HEALTH PLAN, INC. TO RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>FAC served: June 8, 2017<br>Current response date: July 27, 2017 |

Good cause having been shown, the parties' stipulation to extend time for Defendants Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc. to respond to the amendment of the First Amended Complaint is hereby GRANTED.

Defendants shall have until twenty-one days following service of any further amendment of the First Amended Complaint to answer or otherwise respond to the new pleading.

**IT IS SO ORDERED.**

**Dated:  July 28, 2017**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE